RECEIVED
CLERK'S OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
_____Macon_____ DIVISION

QUESTIONNAIRE FOR THE PRISONERS PROCEEDING
PRO SE UNDER 42 U.S.C. § 1983

M. Spivey 94155-020

_____

(GIVE FULL NAME AND PRISON NUMBER OF PLAINTIFF)

**Plaintiff**

VS.

Jones Co Public Defenders office
unknown Female Court appointed
attorney

(NAME OF EACH DEFENDANT)

**Defendant(s)**

CIVIL ACTION NO:

5:14-CV-341

## I. GENERAL INFORMATION

1. Your full name and prison number _Mandrier Spivey 94155-020_
2. Name and location of prison where you are now confined _USP Beaumont_
3. Sentence you are now serving (how long?) _85 mths_
   (a) What were you convicted of? _Possession of a firearm_

   (b) Name and location of court which imposed sentence _US Middle District of Georgia_
   (c) When was sentence imposed? _Nov 15, 10_
   (d) Did you appeal your sentence and/or conviction?   Yes ✓   No ☐
   (e) What was the result of your appeal? _Dismissal_

(f) Approximate date your sentence will be completed ___N/A___

## II. PREVIOUS LAWSUITS

NOTE: FAILURE TO DISCLOSE **ALL** PRIOR CIVIL CASES MAY RESULT IN THE DISMISSAL OF THIS CASE. IF YOU ARE UNSURE OF ANY PRIOR CASES YOU HAVE FILED, THAT FACT MUST BE DISCLOSED AS WELL.

4. Other than an appeal of your conviction or sentence, and other than any habeas action, have you filed a lawsuit dealing with the same or similar facts or issues that are involved in this action?
   Yes [ ]   No [✓]

5. If your answer to question 4 is "Yes," list that lawsuit below, giving the following information:
(IF YOU HAVE FILED MORE THAN ONE LAWSUIT, LIST OTHER LAWSUITS ON A SEPARATE SHEET OF PAPER, GIVING THE SAME INFORMATION FOR EACH)

   (a) Parties to the previous lawsuit INVOLVING SAME FACTS:
      Plaintiff(s):_____
      
      Defendant(s):_____
      
   (b) Name of Court:_____
   (c) Docket Number:_____ When did you file this lawsuit?_____
   (d) Name of judge assigned to case:_____
   (e) Is this case still pending?   Yes [ ]   No [ ]
   (f) If your answer to (e) is "No", when was it disposed of and what were the results?
       (DID YOU WIN? WAS THE CASE DISMISSED? DID YOU APPEAL?)
       _____
       _____

6. Other than an appeal of your conviction or sentence, and other than any habeas action, have you ever filed any lawsuit while incarcerated or detained?   Yes [✓]   No [ ]

7. If your answer to question 6 is "Yes," list that lawsuit below, giving the following information:
(IF YOU HAVE FILED MORE THAN ONE LAWSUIT, LIST OTHER LAWSUITS ON A SEPARATE SHEET OF PAPER, GIVING THE SAME INFORMATION FOR EACH)

   (a) Parties to the previous lawsuit:
      Plaintiff(s):_____
      Defendant(s):_____
   (b) Name of Court:_____
   (c) Docket Number:_____ When did you file this lawsuit?_____
   (d) Name of judge assigned to case:_____
   (e) Is this case still pending?   Yes [ ]   No [✓]

**(f)    If your answer to (e) is "No", when was it disposed of and what were the results?**
(DID YOU WIN? WAS THE CASE DISMISSED? DID YOU APPEAL?)

_____

_____

**8. AS TO ANY LAWSUIT FILED IN ANY FEDERAL COURT in which you were permitted to proceed *in forma pauperis*, was any suit dismissed on the ground that it was frivolous, malicious, or failed to state a claim?     Yes ☐     No ☑**

If your answer is Yes, state the name of the court and docket number as to each case:

_____   _____
_____   _____
_____   _____
_____   _____

### III. PLACE OF INCIDENT COMPLAINED ABOUT

**9. Where did the matters you complain about in this lawsuit take place?** Jones County P.O. Box 39 Gray GA 31032-39

(a) Does this institution have a grievance procedure?     Yes ☐     No ☑

(b) If your answer to question 9(a) is "Yes", answer the following:

(1) Did you present your complaint(s) herein to the institution as a grievance?
Yes ☐     No ☑

(2) If Yes, what was the result? _____

_____

(3) If No, explain why not: I complained to the Courts and public defenders office but there was never any sign of administrative remedy. Then I recently asked the Courts for a grievance process yet never received one

(c) What, if anything else, did you do or attempt to do to bring your complaint(s) to the attention of prison officials? Give dates and places and the names of persons talked to.
I wrote the Courts Judges clerk and Public defenders office 2013 thru 8-14

(d) Did you appeal any denial of your grievance to the highest level possible in the prison system?   Yes ☐   No ☑

(1) If Yes, to whom did you appeal and what was the result? _____

(2) If No, explain why you did not appeal: There wasn't one through I asked for such

10. In what other institutions have been confined? Give dates of entry and exit.
Jackson Highmax GDC 2011 Augusta medical prison 2011-2016 USP B/G Sandy 2012-14 FCI Bennettsville 2014-2014 USP Beaumont 2014

## IV. PARTIES TO THIS LAWSUIT

11. List your CURRENT place of incarceration/mailing address.
W. Spikes 94155-020
USP Beaumont
P.O. Box 26030
Beaumont, TX 77720

12. List the full name, the official position, and the place of employment of each defendant in this lawsuit. (ATTACH ADDITIONAL PAGES IF NECESSARY)
Jones County Public Defenders office
P.O. Box 747
Gray, Ga 31032 and unknown female Court appointed attorney (Same address)

## V. STATEMENT OF CLAIM

13. In the space hereafter provided, and on separate sheets of paper if necessary, set forth your claims and contentions against the defendant(s) you have named herein. Tell the court **WHAT** you contend happened to you, **WHEN** the incident(s) you complain about occurred, **WHERE** the incident(s) took place, **HOW** your constitutional rights were violated, and **WHO** violated them? Describe how <u>each</u> defendant was involved, including the names of other persons who were also involved. If you have more than one claim, number and set forth each claim SEPARATELY.

DO NOT GIVE ANY LEGAL ARGUMENT OR CIT ANY CASES OR STATUTES AT THIS TIME; if such is needed at a later time, the court will advise you of this and will afford you sufficient time to make such arguments. KEEP IN MIND THAT RULES 8 OF THE FEDERAL RULES OF CIVIL PROCEDURE **REQUIRES** THAT PLEADINGS BE **SIMPLE**, **CONCISE**, and **DIRECT**! If the court needs additional information from you, you will be notified.

**WHERE** did the incident you are complaining about occur? That is, at what institution or institutions? Public Defenders office P.O.Box 7476 Gray, Ga 31032

**WHEN** do you allege this incident took place? 2011 thru 2014

**WHAT** happened? There was a Breach of Duty by This unknown Female Court appointed attorney which may be held as a Legal Malpractice. Because Jones County public Defenders office and this unknown female public attorney failed to contact and correspond to letters sent to both the office and Jones County Superior Court Clerk 2011 thru 2014. This negligence caused me to miss the window of time to file for a fast and speedy trial which may have led to an early Dismissal of my case still pending in Jones Co but has been put on Dead Docket. Furthermore I have continued to write this attorney the Public Defenders office in hope to obtain my Decovery packet in order that I may study yet they have failed to return my mail or calls. Jones County Superior Court stated in a letter that they didn't have witness or victim statements and I had wish to move the court for a Dismissal before the Dead Docket of my case. In 2011 I was forced medicated in Jackson Ga Department of Correction. And lawyer failed to contact me.

## V. STATEMENT OF CLAIM

**13. In the space hereafter provided, and on separate sheets of paper if necessary, set forth your claims and contentions against the defendant(s) you have named herein. Tell the court WHAT you contend happened to you, WHEN the incident(s) you complain about occurred, WHERE the incident(s) took place, HOW your constitutional rights were violated, and WHO violated them? Describe how each defendant was involved, including the names of other persons who were also involved. If you have more than one claim, number and set forth each claim SEPARATELY.**

**DO NOT GIVE ANY LEGAL ARGUMENT OR CIT ANY CASES OR STATUTES AT THIS TIME; if such is needed at a later time, the court will advise you of this and will afford you sufficient time to make such arguments. KEEP IN MIND THAT RULES 8 OF THE FEDERAL RULES OF CIVIL PROCEDURE REQUIRES THAT PLEADINGS BE SIMPLE, CONCISE, and DIRECT! If the court needs additional information from you, you will be notified.**

**WHERE did the incident you are complaining about occur? That is, at what institution or institutions?** Public Defenders office P.O. Box 747 Gray, Ga 31032

**WHEN do you allege this incident took place?** 2011 thru 2014.

**WHAT happened?** There was a Breach of Duty by this unknown Female Court appointed attorney which may be held as a legal Malpratice Because Jones County public Defenders office and this unknown Female public attorney failed to contact and correspond to letters sent to both their office and Jones County Superior Court clerk 2011 thru 2014. This negligence caused me to miss the window of time to file for a fast and speedy trial which may have led to an early Dismissal of my case still pending in Jones Co but has been put on Dead Docket. Further more I have continued to write this attorney the Public Defenders office in hope to obtain my Descovery packet in order in order that I may study yet they have failed to return my mail or calls. Jones County Superior Court stated in a letter that they didn't have witness statements and I had wish to move the Courts for a Dismissal before the Dead Docket of my case. In 2011 I was freed medicated in Jackson GDC and Langers failed to contact me.

14. List the name and address of every person you believe was a WITNESS to the incident(s) you complain about, BRIEFLY stating what you believe each person knows from having seen or heard what happened. (USE ADDITIONAL SHEETS, IF NECESSARY)

Bert N. Jackson Clerk          Public Defenders office
P.O. Box 39                    P.O. Box 747
Gray, Ga 31032                 Gray, Ga 31032

15. BRIEFLY state exactly what you want the court to do for you. That is, what kind of relief are you seeking in this lawsuit? Do not make any legal arguments and do not cite any cases or statutes! (USE ADDITIONAL SHEETS, IF NECESSARY)

I would like 50,000 from each Defended and If possible I would like the Charges Droped or another Court appointed attorney, or whatever the Court deem proper

16. You may attach additional pages if you wish to make any legal argument. However, legal arguments are NOT required in order for you to obtain relief under §1983. If the court desires legal argument from you, it will request it. If any defendant presents a legal argument, you <u>will</u> be afforded an opportunity to respond thereto.

17. KEEP IN MIND THAT ONCE YOUR LAWSUIT IS FILED, THE COURT WILL REQUIRE YOU TO <u>DILIGENTLY</u> PROSECUTE IT. That means that you will be required to go forward with your case without delay. Thus, if you fail to adequately prepare your case <u>before</u> you file it, you may find your lawsuit dismissed for failure to prosecute if you take no action once it is filed. YOU WILL RECEIVE NO FURTHER INSTRUCTIONS FROM THE COURT TELLING YOU WHAT TO DO OR HOW TO DO IT! IT IS YOUR RESPONSIBILITY AND YOURS ALONE TO PROSECUTE YOUR OWN CASE! If you fail to prosecute your case, it will be dismissed under Rule 41 of the Federal Rules of Civil Procedure.

Signed this _____ day of _____, 20_____.

_____
**PLAINTIFF**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
_____ DIVISION

_____
(Plaintiff/Petitioner)

vs.

_____
_____
_____
(Defendant(s)/Respondent(s))

CIVIL ACTION NO:
__5:14-CV-34٩__
MOTION TO PROCEED
WITHOUT PREPAYMENT OF FEES
AND AFFIDAVIT

I, _____, being first duly sworn, depose and say that I am the plaintiff in the above-entitled case. As such, I motion to the Court to be allowed to proceed without the requirement to pre-pay fees or costs or give security due to my poverty which results in my inability to pay the costs of said proceeding or to give security. For this reason, I believe I am entitled to redress.

I further declare that the responses which I make to the questions and instructions below are true.

1. Are you presently employed?    Yes ☐    No ☐

   a. If the answer is yes, state the amount of your salary or wages per month and give the name and address of your employer.

   _____
   _____

   b. If the answer is no, state the date you last worked and the amount of salary or wages per month which you received.

   _____
   _____

2. Have you received within the past TWELVE (12) months **any** money from any of the following sources?

   a. Business, profession, or form of self-employment?    Yes ☐    No ☐
   b. Pension, annuities, or life insurance payments?    Yes ☐    No ☐
   c. Rent payments, interest, or dividends?    Yes ☐    No ☐
   d. Gifts or inheritances?    Yes ☐    No ☐
   e. Any other sources?    Yes ☐    No ☐

If the answer to <u>any</u> of the above is yes, describe <u>each source</u> of money received and state the <u>amount</u> received from each during the past TWELVE (12) MONTHS.

_____
_____
_____

3. **Do you have any cash, or do you have money in a checking, savings, or prison account?** (You must attach a certificate from prison authorities if you have money in a prison account).

      Yes ☐      No ☐ If yes, how much do you have?

      $_____

4. Do you own any real estate (house and/or property), stocks, bonds, notes, auto-mobiles, or other valuable property, excluding ordinary household goods and furnishings?   Yes ☐ No ☐

   a. If the answer is yes, describe the property and state its approximate value.

_____
_____
_____

   b. If the answer is yes, list any mortgages, liens, or loans against the property <u>and</u> state the amount you owe.

_____
_____
_____

5. List the persons who are dependent upon you for their support. State your relationship to those persons and indicate how much you contribute toward their support.

_____
_____
_____

Signed this _____ day of _____, 20_____.

                                                _____
                                                       *(Signature of Plaintiff)*

## DECLARATION UNDER PENALTY OF PERJURY

YOU MUST DECLARE UNDER PENALTY OF PERJURY THAT THE ANSWERS YOU HAVE GIVEN IN THE ATTACHED MOTION/AFFIDAVIT FORM ARE TRUE AND CORRECT. GIVING A FALSE ANSWER OR FALSE INFORMATION IN RESPONSE TO ANY QUESTION WILL SUBJECT YOU TO <u>FEDERAL PERJURY CHARGES</u>. 18 U.S.C. § 1621 PROVIDES AS FOLLOWS:

> *Whoever -*
>
> *...*
>
> *(2) in any declaration, certificate, verification, or statement under penalty of perjury as permitted under section 1746 or title 28, United States Code, willfully subscribes as true any material matter which he does not believe to be true;*
>
> *is guilty of perjury and shall, except as otherwise expressly provided by law, be fined not more than $2,000 or imprisoned not more than five years or both. This section is applicable whether the statement or subscription is made within or without the United States.*

Understanding the above, I declare under penalty of perjury that the foregoing answers and information provided by me in support of my request to proceed *in forma pauperis* are true and correct.

Executed this _____ day of _____, 20_____.


_____
*(Signature of Plaintiff)*

**RETURN TO:**           **RE:**

**WILLIAM E. TANNER, CLERK**
**UNITED STATES DISTRICT COURT**                    _____
**MIDDLE DISTRICT OF GEORGIA**                              *(Plaintiff)*
**P.O. BOX 128**
**MACON, GEORGIA 31202**                            _____
                                                    *(Prisoner Number)*

## ACCOUNT CERTIFICATION

I hereby certify that the plaintiff/petitioner named herein above has an average monthly balance for the last six (6) months of $_____ in account to his/her credit at the _____ institution where he/she is confined. I further certify that the plaintiff/petitioner likewise has the following securities to his/her credit according to the records of this institution: _____

_____

_____

(If not confined for a full six (6) months, specify the number of months confined, then compute the average monthly balance based on that number of months): _____

_____

_____

_____

**PRESENT BALANCE ON HAND IN PRISONER ACCOUNT:**      $_____

Dated this _____ day of _____, 20_____.

_____
*(Authorized Officer of Institution)*

_____
*(Title)*

**PLEASE ATTACH A COMPUTER PRINTOUT OF THE ACCOUNT AVAILABLE**